UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
GEEKYANTS INDIA PRIVATE LIMITED,  :
                :
          Plaintiff,  :
                :      24-CV-1274 (AS)
    -v-          :
                :      ORDER
I.AM.PLUS LLC, *et al.*,  :
                :
         Defendants.  :
                :
------------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

      On February 24, 2024, Plaintiff filed a Complaint in which it invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332. *See* ECF No. 3. But Plaintiff merely alleges R. Chandrasekar's state of residence, not R. Chandrasekar's state of citizenship. *Id.* ¶ 6. This is not enough. For the purpose of diversity jurisdiction, "a statement of the parties' residence is insufficient to establish their citizenship." *Leveraged Leasing Admin. Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44, 47 (2d Cir. 1996); *see also, e.g.*, *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998) ("For purposes of diversity jurisdiction, a party's citizenship depends on his domicile."); *Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[A]llegations of residency alone cannot establish citizenship . . . .").

      Accordingly, no later than **March 4, 2024**, Plaintiff shall file an amended complaint properly alleging the *citizenship* of each party to this action. If, by that date, Plaintiff does not file an amended complaint establishing this Court's subject-matter jurisdiction, the Court will dismiss the case without prejudice and without further notice to any party.

      SO ORDERED.

Dated: February 26, 2024
      New York, New York
                                          ARUN SUBRAMANIAN
                                          United States District Judge