UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEEKYANTS INDIA PRIVATE LIMITED,

                Plaintiff,

    -v-

I.AM.PLUS LLC *et al.*,

                Defendants.
-----------------------------------------------------------------X

24-CV-1274 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The motion for default judgment is denied without prejudice. Before moving for a default judgment, Plaintiff must get a Clerk's Certificate of Default. *See Abuladze v. Apple Commuter Inc.*, 2024 WL 1464761, at *2 (S.D.N.Y. Apr. 4, 2024)

    The Clerk of Court is directed to terminate the motion at Dkt. 12.

SO ORDERED.

Dated: June 6, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge