UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEEKYANTS INDIA PRIVATE LIMITED,

Plaintiff,

-against-

I.AM.PLUS LLC and R CHANDRASEKAR,

Defendants.

24-cv-1274 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

This case was filed on February 20, 2024. Dkt. 1. On March 9, 2024, plaintiff filed an amended complaint. Dkt. 8. In June, after defendant failed to appear, plaintiff filed a motion for default judgment, which the Court denied without prejudice after informing plaintiff that it had to get a Clerk's Certificate of Default. *See* Dkts. 12, 13. Plaintiff did not seek a Clerk's Certificate of Default. Indeed, nothing has been filed on the docket since June 5, 2024.

By February 14, 2025, plaintiff must file a letter informing the Court about the status of this case and proposed next steps. If plaintiff fails to comply with this order, the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated: February 7, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge