UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEEKYANTS INDIA PRIVATE LIMITED,

                Plaintiff,

-against-

I.AM.PLUS LLC and R CHANDRASEKAR,

                Defendants.

24-cv-1274 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On February 7, 2025, the Court ordered plaintiff to file a letter informing the Court about the status of this case and proposed next steps. Dkt. 14. Plaintiff filed a letter indicating that it intended to seek a Clerk's Certificate of Default and asking for two weeks to complete that action. Dkt. 15. The Court granted this request on February 18, 2025. Dkt. 16. Plaintiff then filed a proposed Clerk's Certificate of Default on February 24, 2025, which was rejected by the Clerk's Office on February 25, 2025. Plaintiff has not refiled a proposed certificate.

Plaintiff has until March 12, 2025, to obtain a valid Clerk's Certificate of Default. If no certificate is obtained by that time, this case may be dismissed for lack of prosecution.

    SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge