UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEEKYANTS INDIA PRIVATE LIMITED,<br><br>                                Plaintiff,<br><br>              -against-<br><br>I.AM.PLUS LLC and R CHANDRASEKAR,<br><br>                                Defendants. | 24-cv-1274 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   On February 7, 2025, the Court ordered plaintiff to file a letter informing the Court about the status of this case and proposed next steps. Dkt. 14. Plaintiff filed a letter indicating that it intended to seek a Clerk's Certificate of Default and asking for two weeks to complete that action. Dkt. 15. The Court granted this request on February 18, 2025. Dkt. 16. Plaintiff then filed a proposed Clerk's Certificate of Default on February 24, 2025, which was rejected by the Clerk's Office on February 25, 2025. On March 5, 2025, the Court informed plaintiff that it had until March 12, 2025 to obtain a valid Clerk's Certificate of Default. Plaintiff still has not done so. As a courtesy, the deadline is hereby extended, *nunc pro tunc*, to April 7, 2025. This time, if plaintiff fails to comply, the case will be dismissed for failure to prosecute.

         SO ORDERED.

Dated:  March 24, 2025
            New York, New York

                                                            _____
                                                              ARUN SUBRAMANIAN
                                                              United States District Judge